IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | |
| 1.   CHRISTOPHER WILLIAM SMITH, a/k/a BRUCE JONSON, CHRIS JOHNSON AND ROBERT JONSON, | AMENDED ORDER APPOINTING RECEIVER |
| 2.   ONLINE PAYMENT SOLUTIONS, | |
| 3.   XPRESS PHARMACY DIRECT, | |
| 4.   ALTON SCOTT POE, a/k/a SCOTT POE, | CIVIL NO. 05-SC-895 (MJD/JGL) |
| 5.   ADVANCED FINANCIAL SVCS INC., | |
| 6.   ANITA SMITH, | |
| 7.   ULTIMATE LIMOUSINE | |
| 8.   SAME DAY PAY DAY, | |
| 9.   RIZLER, | |
| 10.   RIZLERNET, | |
| 11.   ADVISTECH S.A., | |
| 12.   XPRESS-RX.COM, | |
| 13.   DISCOUNT PHARMACY, | |
| 14.   GLOBAL PAY WORLDWIDE, | |
| 15.   VIGREX DS LLC, | |
| 16.   SCOTT SMITH, and | |
| 17.   DIAPER DECK & COMPANY, INC. | |

This matter is before the Court pursuant to the request of the court-appointed receiver, for the court to amend its Order Appointing Receiver to authorize Robert J. Stewart and Platinum Management LLC to carry out specific responsibilities for this matter as directed by and under the supervision of the

receiver.

Based on the arguments of counsel, the submissions of the parties and upon a review of the file, records and proceedings herein,

IT IS HEREBY ORDERED THAT

Robert J. Stewart and Platinum Management LLC are authorized to carry out specific responsibilities for this matter as directed by and under the supervision of the court-appointed receiver.

Dated:  May 26, 2005

s/ Michael J. Davis

The Honorable Michael J. Davis
United States District Court