IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | |
| 1.   CHRISTOPHER WILLIAM SMITH, a/k/a BRUCE JONSON, CHRIS JOHNSON AND ROBERT JONSON, <br> 2.   ONLINE PAYMENT SOLUTIONS, <br> 3.   XPRESS PHARMACY DIRECT, <br> 4.   ALTON SCOTT POE, a/k/a SCOTT POE, <br> 5.   ADVANCED FINANCIAL SVCS INC., <br> 6.   ANITA SMITH, <br> 7.   ULTIMATE LIMOUSINE <br> 8.   SAME DAY PAY DAY, <br> 9.   RIZLER, <br> 10.  RIZLERNET, <br> 11.  ADVISTECH S.A., <br> 12.  XPRESS-RX.COM, <br> 13.  DISCOUNT PHARMACY, <br> 14.  GLOBAL PAY WORLDWIDE, <br> 15.  VIGREX DS LLC, <br> 16.  SCOTT SMITH, and <br> 17.  DIAPER DECK & COMPANY, INC. | ORDER FOR AUTHORIZATION TO MAKE SALARY AND COMMISSION PAYMENTS <br><br> CIVIL NO. 05-SC-895 (MJD/JGL) |

This matter is before the Court pursuant to the request of the court-appointed receiver for the court to authorize the receiver to make salary and commission payments to individuals identified as former employees of Online Payment Solutions.

Based on the arguments of counsel, the submissions of the parties and upon a review of the file, records and proceedings herein,

IT IS HEREBY ORDERED THAT

The court-appointed receiver is authorized to make salary and commission payments to individuals identified as former employees of Online Payment Solutions.

Dated: May 26, 2005

                                              s/ Michael J. Davis

                                              The Honorable Michael J. Davis
                                              United States District Court