IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
Civil No. 05-895 (MJD/JGL)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                           Plaintiff,<br><br>v.<br><br>1.   CHRISTOPHER WILLIAM SMITH, a/k/a BRUCE JONSON, CHRIS JOHNSON AND ROBERT JONSON,<br>2.   ONLINE PAYMENT SOLUTIONS,<br>3.   XPRESS PHARMACY DIRECT,<br>4.   ALTON SCOTT POE, a/k/a SCOTT POE,<br>5.   ADVANCED FINANCIAL SVCS INC.,<br>6.   ANITA SMITH,<br>7.   ULTIMATE LIMOUSINE<br>8.   SAME DAY PAY DAY,<br>9.   RIZLER,<br>10. RIZLERNET,<br>11. ADVISTECH S.A.,<br>12. XPRESS-RX.COM,<br>13. DISCOUNT PHARMACY,<br>14. GLOBAL PAY WORLDWIDE,<br>15. VIGREX DS LLC,<br>16. SCOTT SMITH, and<br>17. DIAPER DECK & COMPANY, INC.<br><br>                           Defendants. | **ORDER FOR AUTHORIZATION TO MAKE PAYMENTS** |

       This matter is before the Court pursuant to the request of the Court-Appointed Receiver for the Court to authorize the Receiver to make specific salary and commission payments to individuals identified as former employees of Online Payment Solutions.

2

Based on the attached chart of employees and amounts owed as compiled by the Receiver from corporate records and upon a review of the file, records and proceedings herein,

IT IS HEREBY ORDERED THAT

The Court-Appointed Receiver is authorized to make salary and commission payments to individuals identified as former employees of Online Payment Solutions as set forth on the attached chart.

Dated: June 29, 2005

s / Michael J. Davis  
The Honorable Michael J. Davis  
United States District Court

| | PROPOSED WAGE AND COMMISSION PAYMENTS | | | | |
| --- | --- | --- | --- | --- | --- |
| | 28-Jun-05 | | | | |
| | ONLINE PAYMENT SOLUTIONS -- RECEIVERSHIP | | | | |
| | Last Name | First Name | Regular pay for May 2-10 | Commissions | Back Pay |
| | Anderson | Jacqueline | | $398.88 | |
| | Anderson | Nathaniel | | $328.64 | |
| | Asare | Juliet | | $599.99 | |
| | Atanasova | Proletina | | $439.84 | |
| | Baar | Jessica A. | | $49.28 | |
| | Barsness | Jason P. | | $530.17 | |
| | Bitzan | Starsha M. | | $556.42 | |
| | Burnip | Karissa | | $92.61 | |
| | Burnip | Latria | | $239.40 | |
| | Cam | Davanh T. | | $346.53 | |
| | Campbell | Christie | | $28.00 | |
| | Corcoran | Kristi | | $147.86 | $992.25 |
| | Darst | Anthony | | $413.62 | |
| | Davidson | Bryce | | $89.11 | |
| | Davis | Lashonn T. | | $623.30 | |
| | Diaz | Ashley B. | | $1,218.46 | |
| | Dille | Jacen S. | | | $2,018.77 |
| | Elm | Michael R. | | | $34.20 |
| | Fluker | Erich | | $136.99 | |
| | Frank | Suzanne | | $140.94 | |
| | Gilbert | George Edward | | $916.87 | |
| | Grant | Montell T. | $136.00 | $232.22 | |
| | Grue | Deborah | | | |
| | Guled | Hawa M. | | $1,297.00 | |
| | Hale | Douglas J. | | $787.80 | |
| | Hall | Demetrius | | $251.72 | |
| | Halloran | Patrick J. | | $956.77 | $300.00 |
| | Hewitt | Amber | | $276.74 | |
| | Holm | Danielle E. | | $689.35 | |
| | Holtrop | Matthew | | $1,326.06 | |
| | Holtz | Gloria A. | | $1,912.01 | |
| | Jensen | Jason | | $181.33 | |
| | Johnson | Anthony | | $119.45 | |
| | Johnson | Nicholas | | $957.97 | |
| | Kasai | Jonathan M. | | $95.44 | |
| | Kirksey | Gordon M. | | | $500.00 |
| | Krochendorfer | Staci | | $600.34 | |
| | Lamsal | Aparna | | $1,300.14 | |
| | Lewis | Darnetta | | $132.26 | |
| | Lombardo | Andrew | | $223.72 | |
| | Lopez-Cordero | Lydia | | $1,432.69 | |
| | McKenzie | Alexis | | $56.24 | |
| | Mitchell | Stephen R. | | $337.11 | |
| | Morrow | Regina | | $659.04 | |
| | Mumin | Najama | | $212.97 | |
| | Myre | Chad C. | | $554.50 | |
| | Paschal | Hope C. | | $488.34 | |
| | Patterson | Tamora | | $1,479.19 | |
| | Payne | Leeanne R. | | $429.83 | |
| | Persaud | Lisa | | | $200.00 |
| | Peterson | Julia | | $402.49 | |
| | Petrowske | Jocelyn | | $67.02 | |
| | Phongsim | Dana | | $124.11 | |
| | Praimsukh | Sanjay | | $332.17 | |
| | Redmond | Elise | | $148.05 | |

| Last | First | | | | |
|---|---|---|---|---|---|
| Saice | Michael | | | | $2,227.50 |
| Saice | Trina D. | | | $93.06 | |
| Sanchez | Maria | | | $54.21 | |
| Sannan | Chase A. | | | $1,180.46 | |
| Seikkula | Sara | | | $207.15 | $1,748.25 |
| Sharp | Diane R. | | | $735.44 | |
| Sheppard | Kiel T. | | | $278.03 | $500.00 |
| Silkey | Adam R. | | | $994.99 | |
| Smith | Sharon L. | | | $419.75 | |
| Spiess | William J. | | | $1,058.76 | |
| Strong | Denny B. | | | $448.47 | |
| Terry-Maxwell | Shivon | | | $787.87 | |
| Thao | Ger G. | | $64.00 | $503.01 | |
| Thao | Ger G. | | $624.00 | | |
| Tronnier | Peter W. | | | $551.69 | |
| Verba | James J. | | | $575.91 | |
| Versalles-Hester | Rachael | | | $951.00 | |
| Versalles | Maria | | | $134.89 | |
| Wallace | Benjamin | | | $196.63 | |
| White | Jessica | | | $372.29 | |
| Wiberg | Mary | | | $688.51 | |
| Williams | Heather | | | $136.43 | |
| Wilske | Zachary C. | | | $1,135.84 | |
| Womack | Anansa D. | | | $604.68 | |
| Wright | Brenda | | | $189.51 | |
| Davis | Lashonn T. | | | $623.30 | |
| | | | $688.00 | $12,921.88 | $4,475.75 |
| Allen | Malaika | | | $36.68 | |
| Havemeier | Mitchell | | | $33.25 | |
| Howard | Roxanne | | | $61.46 | |
| Maxwell | Tyler | | | $67.13 | |
| Nieuwsma | Shane | | | $72.69 | |
| Roff | Erin | | | $74.34 | |
| Taylor | Marcellous | | | $41.16 | |
| Blake | Kevin | | | $38.74 | |
| Dasilva | Alex | | | $12.22 | |
| Erichsen | Art | | | $28.00 | |
| Flores | Jorge | | | $15.33 | |
| Huggins | Mark | | | $26.21 | |
| James | Scott | | | $553.44 | |
| Le | Quoc | | | $33.56 | |
| Lee | Calvin | | | $685.94 | |
| Lee | Dayna | | | $656.06 | |
| MacDougall | Jayne | | | $6.62 | |
| Michaud | Brent | | | $21.25 | |
| Ross | Tasia | | | $12.25 | |
| Sherrod | Tennille | | | $552.64 | |
| Whitehead | Scott | | | $1,221.65 | |
| Yackel | Jonathan | | | $376.63 | |
| | | | $0.00 | $4,627.25 | $0.00 |
| | | | $688.00 | $17,549.13 | $4,475.75 |
| | | | Grand Total | | $22,712.88 |