IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
Civil No. 05-895 (MJD/JGL)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>v.<br><br>1.    CHRISTOPHER WILLIAM SMITH, a/k/a BRUCE JONSON, CHRIS JOHNSON AND ROBERT JONSON,<br>2.    ONLINE PAYMENT SOLUTIONS,<br>3.    XPRESS PHARMACY DIRECT,<br>4.    ALTON SCOTT POE, a/k/a SCOTT POE,<br>5.    ADVANCED FINANCIAL SVCS INC.,<br>6.    ANITA SMITH,<br>7.    ULTIMATE LIMOUSINE<br>8.    SAME DAY PAY DAY,<br>9.    RIZLER,<br>10.  RIZLERNET,<br>11.  ADVISTECH S.A.,<br>12.  XPRESS-RX.COM,<br>13.  DISCOUNT PHARMACY,<br>14.  GLOBAL PAY WORLDWIDE,<br>15.  VIGREX DS LLC,<br>16.  SCOTT SMITH, and<br>17.  DIAPER DECK & COMPANY, INC.<br><br>                      Defendants. | **ORDER FOR AUTHORIZATION TO MAKE PAYMENTS** |

      This matter is before the Court pursuant to the request of the Court-Appointed Receiver for the Court to authorize the Receiver to make the following interim payments for work performed at the Receiver's request:

2

1.  Greene Espel P.L.L.P.        $13,263.71

2.  Robert J. Stewart            $40,806.71

3.  Platinum Management, LLC     $ 8,125.00

Based on the invoices submitted by counsel relating to work performed on behalf of the Receiver and upon a review of the file, records and proceedings herein,

IT IS HEREBY ORDERED THAT

1. The Court-Appointed Receiver is authorized to make payment to Greene Espel P.L.L.P. in the amount of $13,263.71;

2. The Court-Appointed Receiver is authorized to make payment to Robert J. Stewart in the amount of $40,806.71; and

3. The Court-Appointed Receiver is authorized to make payment to Platinum Management LLC in the amount of $8,125.00.

Dated: June 29, 2005

s/ Michael J. Davis
The Honorable Michael J. Davis
United States District Court