IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
Civil No. 05-895 (MJD/JGL)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>1.  CHRISTOPHER WILLIAM SMITH, a/k/a BRUCE JONSON, CHRIS JOHNSON AND ROBERT JONSON,<br>2.  ONLINE PAYMENT SOLUTIONS,<br>3.  XPRESS PHARMACY DIRECT,<br>4.  ALTON SCOTT POE, a/k/a SCOTT POE,<br>5.  ADVANCED FINANCIAL SVCS INC.,<br>6.  ANITA SMITH,<br>7.  ULTIMATE LIMOUSINE<br>8.  SAME DAY PAY DAY,<br>9.  RIZLER,<br>10.  RIZLERNET,<br>11.  ADVISTECH S.A.,<br>12.  XPRESS-RX.COM,<br>13.  DISCOUNT PHARMACY,<br>14.  GLOBAL PAY WORLDWIDE,<br>15.  VIGREX DS LLC,<br>16.  SCOTT SMITH, and<br>17.  DIAPER DECK & COMPANY, INC. | **ORDER FOR AUTHORIZATION TO MAKE PAYMENTS** |

This matter is before the Court pursuant to the request of the Court-Appointed Receiver for the Court to authorize the Receiver to make the following interim payments for work performed at the Receiver's request:

1

| | | |
|---|---|---|
| 1. | Greene Espel P.L.L.P. | $25,353.47 |
| 2. | Robert J. Stewart | $23,719.05 |
| 3. | Platinum Management, LLC | $19,465.50 |
| 4. | Stroz Friedberg, LLC | $14,768.62 |
| 5. | Open Technologies Systems | $    637.50 |

Based on the invoices submitted by counsel relating to work performed on behalf of the Receiver and upon a review of the file, records and proceedings herein,

IT IS HEREBY ORDERED THAT

1. The Court-Appointed Receiver is authorized to make payment to Greene Espel P.L.L.P. in the amount of $25,353.47;

2. The Court-Appointed Receiver is authorized to make payment to Robert J. Stewart in the amount of $23,719.05;

3. The Court-Appointed Receiver is authorized to make payment to Platinum Management LLC in the amount of $19,465.50;

4. The Court-Appointed Receiver is authorized to make payment to Stroz Friedberg, LLC in the amount of $14,768.62; and

5. The Court-Appointed Receiver is authorized to make payment to Open Technology Systems in the amount of $637.50.

Dated: July 13, 2005

s/ Michael J. Davis
The Honorable Michael J. Davis
United States District Court