IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
Civil No. 05-895 (MJD/JGL)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>v.<br><br>1. CHRISTOPHER WILLIAM SMITH, a/k/a BRUCE JONSON, CHRIS JOHNSON AND ROBERT JONSON,<br>2. ONLINE PAYMENT SOLUTIONS,<br>3. XPRESS PHARMACY DIRECT,<br>4. ALTON SCOTT POE, a/k/a SCOTT POE,<br>5. ADVANCED FINANCIAL SVCS INC.,<br>6. ANITA SMITH,<br>7. ULTIMATE LIMOUSINE<br>8. SAME DAY PAY DAY,<br>9. RIZLER,<br>10. RIZLERNET,<br>11. ADVISTECH S.A.,<br>12. XPRESS-RX.COM,<br>13. DISCOUNT PHARMACY,<br>14. GLOBAL PAY WORLDWIDE,<br>15. VIGREX DS LLC,<br>16. SCOTT SMITH, and<br>17. DIAPER DECK & COMPANY, INC.<br><br>           Defendants. | **ORDER FOR AUTHORIZATION TO MAKE PAYMENTS** |

This matter is before the Court pursuant to the request of the Court-Appointed Receiver for the Court to authorize the Receiver to make the following payments to creditors:

| Payee | Amount |
|---|---|
| 1. On Demand Services Group | $ 8,720.00 |
| 2. Eschelon Telecom, Inc. | 12,424.74 |
| 3. JobDig | 1,594.00 |
| 4. Ryan Construction, Inc. | 10,271.00 |
| 5. Medstar Health Insurance Agency | 9,375.00 |
| 6. Brett's Security Lock Service | 848.00 |
| 7. HIPPAAps.com | 3,700.00 |
| 8. Meili & Associates | 11,390.19 |
| 9. Lampert Architects | 700.00 |

Based on the submission by the Receiver establishing the reasonableness of these payments and the verification of the work performed and upon a review of the file, records and proceedings herein,

IT IS HEREBY ORDERED THAT

1. The Court-Appointed Receiver is authorized to make payment to On Demand Services Group in the amount of $8,720.00;

2. The Court-Appointed Receiver is authorized to make payment to Eschelon Telecom, Inc. in the amount of $12,424.74;

3. The Court-Appointed Receiver is authorized to make payment to JobDig in the amount of $1,594.00;

4.	The Court-Appointed Receiver is authorized to make payment to Ryan Construction in the amount of $10,271.00;

5.	The Court-Appointed Receiver is authorized to make payment to Medstar Health Insurance Agency in the amount of $9,375.00;

6.	The Court-Appointed Receiver is authorized to make payment to Brett's Security Lock Service in the amount of $848.00;

7.	The Court-Appointed Receiver is authorized to make payment to HIPPAAps.com in the amount of $3,700.00;

8.	The Court-Appointed Receiver is authorized to make payment to Meili & Associates in the amount of $11,390.19; and

9.	The Court-Appointed Receiver is authorized to make payment to Lampert Architects in the amount of $700.00.

Dated:  July 15, 2005

> s/ Michael J. Davis
> The Honorable Michael J. Davis
> United States District Court