IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
Civil No. 05-895 (MJD/JGL)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                               Plaintiff,<br><br>v.<br><br>1.   CHRISTOPHER WILLIAM SMITH, a/k/a BRUCE JONSON, CHRIS JOHNSON AND ROBERT JONSON,<br>2.   ONLINE PAYMENT SOLUTIONS,<br>3.   XPRESS PHARMACY DIRECT,<br>4.   ALTON SCOTT POE, a/k/a SCOTT POE,<br>5.   ADVANCED FINANCIAL SVCS INC.,<br>6.   ANITA SMITH,<br>7.   ULTIMATE LIMOUSINE<br>8.   SAME DAY PAY DAY,<br>9.   RIZLER,<br>10.  RIZLERNET,<br>11.  ADVISTECH S.A.,<br>12.  XPRESS-RX.COM,<br>13.  DISCOUNT PHARMACY,<br>14.  GLOBAL PAY WORLDWIDE,<br>15.  VIGREX DS LLC,<br>16.  SCOTT SMITH, and<br>17.  DIAPER DECK & COMPANY, INC.<br><br>                              Defendants. | **ORDER FOR AUTHORIZATION TO MAKE PAYMENTS** |

       This matter is before the Court pursuant to the request of the Court-Appointed Receiver for the Court to authorize the Receiver to make the following payments to creditors:

|    | Payee                    | Amount       |
|----|--------------------------|--------------|
| 1. | Platinum Management, LLC | $ 11,288.00  |
| 2. | Stroz Friedberg, LLC     | 2,430.01     |
| 3. | Robert J. Stewart        | 37,658.97    |
| 4. | Greene Espel, P.L.L.P.   | 11,620.61    |
| 5. | Bassford Remele          | 16,770.00    |

Based on the submission by the Receiver establishing the reasonableness of these payments and the verification of the work performed and upon a review of the file, records and proceedings herein,

IT IS HEREBY ORDERED THAT

1. The Court-Appointed Receiver is authorized to make payment to Platinum Management, LLC in the amount of $11,288.00;

2. The Court-Appointed Receiver is authorized to make payment to Stroz Friedberg, LLC in the amount of $2,430.01;

3. The Court-Appointed Receiver is authorized to make payment to Robert J. Stewart in the amount of $37,658.97;

4. The Court-Appointed Receiver is authorized to make payment to Greene Espel, P.L.L.P. in the amount of $11,620.61; and

5. The Court-Appointed Receiver is authorized to make payment to Bassford Remele in the amount of $16,770.00.

Dated: August 23, 2005

s / Michael J. Davis  
The Honorable Michael J. Davis  
United States District Court