IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
Civil No. 05-895 (MJD/JGL)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>v.<br><br>1. CHRISTOPHER WILLIAM SMITH, a/k/a BRUCE JONSON, CHRIS JOHNSON AND ROBERT JONSON,<br>2. ONLINE PAYMENT SOLUTIONS,<br>3. XPRESS PHARMACY DIRECT,<br>4. ALTON SCOTT POE, a/k/a SCOTT POE,<br>5. ADVANCED FINANCIAL SVCS INC.,<br>6. ANITA SMITH,<br>7. ULTIMATE LIMOUSINE<br>8. SAME DAY PAY DAY,<br>9. RIZLER,<br>10. RIZLERNET,<br>11. ADVISTECH S.A.,<br>12. XPRESS-RX.COM,<br>13. DISCOUNT PHARMACY,<br>14. GLOBAL PAY WORLDWIDE,<br>15. VIGREX DS LLC,<br>16. SCOTT SMITH, and<br>17. DIAPER DECK & COMPANY, INC.<br><br>         Defendants. | **ORDER FOR AUTHORIZATION TO MAKE PAYMENTS** |

  This matter is before the Court pursuant to the request of the Court-Appointed Receiver for the Court to authorize the Receiver to make the following payments to creditors:

|    | Payee | Amount |
|----|-------|--------|
| 1. | Platinum Management, LLC | $ 2,758.00 |
| 2. | Robert J. Stewart | 16,602.01 |
| 3. | Greene Espel, P.L.L.P. | 5,112.69 |
| 4. | Bassford Remele | 19,518.65 |

Based on the submission by the Receiver establishing the reasonableness of these payments and the verification of the work performed and upon a review of the file, records and proceedings herein,

IT IS HEREBY ORDERED THAT

1. The Court-Appointed Receiver is authorized to make payment to Platinum Management, LLC in the amount of $2,758.00;

2. The Court-Appointed Receiver is authorized to make payment to Robert J. Stewart in the amount of $16,602.01;

3. The Court-Appointed Receiver is authorized to make payment to Greene Espel, P.L.L.P. in the amount of $5,112.69; and

4. The Court-Appointed Receiver is authorized to make payment to Bassford Remele in the amount of $19,518.65.

Dated: September 27, 2005

s/ Michael J. Davis
The Honorable Michael J. Davis
United States District Court