IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
Civil No. 05-895 (MJD/JGL)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>v.<br><br>1. CHRISTOPHER WILLIAM SMITH, a/k/a BRUCE JONSON, CHRIS JOHNSON AND ROBERT JONSON,<br>2. ONLINE PAYMENT SOLUTIONS,<br>3. XPRESS PHARMACY DIRECT,<br>4. ALTON SCOTT POE, a/k/a SCOTT POE,<br>5. ADVANCED FINANCIAL SVCS INC.,<br>6. ANITA SMITH,<br>7. ULTIMATE LIMOUSINE<br>8. SAME DAY PAY DAY,<br>9. RIZLER,<br>10. RIZLERNET,<br>11. ADVISTECH S.A.,<br>12. XPRESS-RX.COM,<br>13. DISCOUNT PHARMACY,<br>14. GLOBAL PAY WORLDWIDE,<br>15. VIGREX DS LLC,<br>16. SCOTT SMITH, and<br>17. DIAPER DECK & COMPANY, INC.<br><br>          Defendants. | **ORDER FOR AUTHORIZATION TO MAKE PAYMENTS** |

  This matter is before the Court pursuant to the request of the Court-Appointed Receiver for the Court to authorize the Receiver to make the following payments to creditors:

| Payee | Amount |
|---|---|
| 1. Central Bancard | $ 105,085.80 |
| 2. Sue Daly | 12,500.00 |
| 3. Paul F. Gonyea, LLC | 85,000.00 |
| 4. Employees | 17,139.51 |

Based on the submission by the Receiver establishing the reasonableness of these payments and the verification of the work performed and upon a review of the file, records and proceedings herein,

IT IS HEREBY ORDERED THAT

1.   The Court-Appointed Receiver is authorized to make payment to Central Bancard in the amount of $105,085.80;

2.   The Court-Appointed Receiver is authorized to make payment to Sue Daly in the amount of $12,500.00;

3.   The Court-Appointed Receiver is authorized to make payment to Paul F. Gonyea, LLC in the amount of $85,000; and

4.   The Court-Appointed Receiver is authorized to make payment to employees in the amount of $17,139.51.

Dated: October 24, 2005

s / Michael J. Davis
The Honorable Michael J. Davis
United States District Court