IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
Civil No. 05-895 (MJD/JGL)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>v.<br><br>1.  CHRISTOPHER WILLIAM SMITH, a/k/a BRUCE JONSON, CHRIS JOHNSON AND ROBERT JONSON,<br>2.  ONLINE PAYMENT SOLUTIONS,<br>3.  XPRESS PHARMACY DIRECT,<br>4.  ALTON SCOTT POE, a/k/a SCOTT POE,<br>5.  ADVANCED FINANCIAL SVCS INC.,<br>6.  ANITA SMITH,<br>7.  ULTIMATE LIMOUSINE<br>8.  SAME DAY PAY DAY,<br>9.  RIZLER,<br>10. RIZLERNET,<br>11. ADVISTECH S.A.,<br>12. XPRESS-RX.COM,<br>13. DISCOUNT PHARMACY,<br>14. GLOBAL PAY WORLDWIDE,<br>15. VIGREX DS LLC,<br>16. SCOTT SMITH, and<br>17. DIAPER DECK & COMPANY, INC.<br><br>                              Defendants. | **ORDER FOR AUTHORIZATION TO MAKE PAYMENTS** |

This matter is before the Court pursuant to the request of the Court-Appointed Receiver for the Court to authorize the Receiver to make the following payments to creditors:

|    | Payee                    | Amount      |
|----|--------------------------|-------------|
| 1. | Platinum Management, LLC | $ 2,000.00  |
| 2. | Robert J. Stewart        | 7,977.16    |
| 3. | Greene Espel, P.L.L.P.   | 4,385.08    |
| 4. | Bassford Remele          | 10,518.62   |

Based on the submission by the Receiver establishing the reasonableness of these payments and the verification of the work performed and upon a review of the file, records and proceedings herein,

IT IS HEREBY ORDERED THAT

1. The Court-Appointed Receiver is authorized to make payment to Platinum Management, LLC in the amount of $2,000.00;

2. The Court-Appointed Receiver is authorized to make payment to Robert J. Stewart in the amount of $7,977.16;

3. The Court-Appointed Receiver is authorized to make payment to Greene Espel, P.L.L.P. in the amount of $4,385.08; and

4. The Court-Appointed Receiver is authorized to make payment to Bassford Remele in the amount of $10,518.62.

Dated: December 11, 2005

s / Michael J. Davis
The Honorable Michael J. Davis
United States District Court