IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
Civil No. 05-895 (MJD/JGL)

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | |
| 1.   CHRISTOPHER WILLIAM SMITH, a/k/a BRUCE JONSON, CHRIS JOHNSON AND ROBERT JONSON, | |
| 2.   ONLINE PAYMENT SOLUTIONS, | |
| 3.   XPRESS PHARMACY DIRECT, | |
| 4.   ALTON SCOTT POE, a/k/a SCOTT POE, | **ORDER FOR AUTHORIZATION TO MAKE PAYMENTS** |
| 5.   ADVANCED FINANCIAL SVCS INC., | |
| 6.   ANITA SMITH, | |
| 7.   ULTIMATE LIMOUSINE | |
| 8.   SAME DAY PAY DAY, | |
| 9.   RIZLER, | |
| 10.  RIZLERNET, | |
| 11.  ADVISTECH S.A., | |
| 12.  XPRESS-RX.COM, | |
| 13.  DISCOUNT PHARMACY, | |
| 14.  GLOBAL PAY WORLDWIDE, | |
| 15.  VIGREX DS LLC, | |
| 16.  SCOTT SMITH, and | |
| 17.  DIAPER DECK & COMPANY, INC. | |
| Defendants. | |

This matter is before the Court pursuant to the request of the Court-Appointed Receiver for the Court to authorize the Receiver to make the following payments to creditors:

|     | Payee | Amount |
| --- | --- | --- |
| 1. | Greene Espel, P.L.L.P. | $  572.56 |
| 2. | Bassford Remele | 4,274.50 |

Based on the submission by the Receiver establishing the reasonableness of these payments and the verification of the work performed and upon a review of the file, records and proceedings herein,

IT IS HEREBY ORDERED THAT

1.      The Court-Appointed Receiver is authorized to make payment to Greene Espel, P.L.L.P. in the amount of $572.56; and

2.      The Court-Appointed Receiver is authorized to make payment to Bassford Remele in the amount of $4,274.50.

Dated:  January 23, 2006

s / Michael J. Davis
The Honorable Michael J. Davis
United States District Court