```
                 IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF MINNESOTA
                      Civil No.  05-895 (MJD/SRN)


UNITED STATES OF AMERICA,        )
                                 )
          Plaintiff,             )
                                 )
                                 )      ORDER
v.                               )
                                 )
1.   CHRISTOPHER WILLIAM SMITH,  )
     a/k/a BRUCE JONSON, CHRIS   )
     JOHNSON AND ROBERT JONSON,  )
2.   ONLINE PAYMENT SOLUTIONS,   )
3.   XPRESS PHARMACY DIRECT,     )
4.   ALTON SCOTT POE,            )
     a/k/a SCOTT POE,            )
5.   ADVANCED FINANCIAL SVCS     )
     INC.,                       )
6.   ANITA SMITH,                )
7.   ULTIMATE LIMOUSINE,         )
8.   SAME DAY PAY DAY,           )
9.   RIZLER,                     )
10.  RIZLERNET,                  )
11.  ADVISTECH S.A.,             )
12.  XPRESS-RX.COM,              )
13.  DISCOUNT PHARMACY,          )
14.  GLOBAL PAY WORLDWIDE,       )
15.  VIGREX DS LLC,              )
16.  SCOTT SMITH, and            )
17.  DIAPER DECK & COMPANY,INC.  )
18.  RXORDERFILL.COM.INC.,       )
                                 )
          Defendants.            )
```

On May 20, 2005, the Court froze all the assets held in the name of Christopher and/or Anita Smith pursuant to 18 U.S.C. § 1345.  On December 1, 2005, Plaintiff United States of America

filed a motion seeking clarification of the Court's May 20 Order with regard to three assets held in the name of Christopher and/or Anita Smith: Vehicle VIN Number WBSDE93431BZ98780; Vehicle VIN Number WDBRN40J63A418665; and a commercial lawnmower. These assets were frozen by the Court's May 20 Order and continue to be frozen pursuant to the Court's Order of May 20. These assets remain unavailable for dissipation until further Order of the Court.

    IT IS SO ORDERED


Dated: February 17, 2006

                                        <u>S / Michael J. Davis</u>
                                        Michael J. Davis
                                        United States District Court Judge