IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
Civil No. 05-895 (MJD/JGL)

UNITED STATES OF AMERICA,

               Plaintiff,

v.

1.    CHRISTOPHER WILLIAM SMITH, a/k/a BRUCE JONSON, CHRIS JOHNSON AND ROBERT JONSON,
2.    ONLINE PAYMENT SOLUTIONS,
3.    XPRESS PHARMACY DIRECT,
4.    ALTON SCOTT POE, a/k/a SCOTT POE,
5.    ADVANCED FINANCIAL SVCS INC.,
6.    ANITA SMITH,
7.    ULTIMATE LIMOUSINE
8.    SAME DAY PAY DAY,
9.    RIZLER,
10.  RIZLERNET,
11.  ADVISTECH S.A.,
12.  XPRESS-RX.COM,
13.  DISCOUNT PHARMACY,
14.  GLOBAL PAY WORLDWIDE,
15.  VIGREX DS LLC,
16.  SCOTT SMITH, and
17.  DIAPER DECK & COMPANY, INC.

               Defendants.

**ORDER FOR AUTHORIZATION TO MAKE PAYMENTS**

This matter is before the Court pursuant to the request of the Court-Appointed Receiver for the Court to authorize the Receiver to make the following payments to creditors:

|   | Payee | Amount |
|---|-------|--------|
| 1. | Platinum Management, LLC | $ 1,000.00 |
| 2. | Robert J. Stewart | 1,749.14 |
| 3. | Greene Espel, P.L.L.P. | 989.21 |

Based on the submission by the Receiver establishing the reasonableness of these payments and the verification of the work performed and upon a review of the file, records and proceedings herein,

IT IS HEREBY ORDERED THAT

1.      The Court-Appointed Receiver is authorized to make payment to Platinum Management, LLC in the amount of $1,000.00;

2.      The Court-Appointed Receiver is authorized to make payment to Robert J. Stewart in the amount of $1,749.14; and

3.      The Court-Appointed Receiver is authorized to make payment to Greene Espel, P.L.L.P. in the amount of $989.21.

Dated:  March 01, 2006

s / Michael J. Davis
The Honorable Michael J. Davis
United States District Court