IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
Civil No. 05-895 (MJD/JGL)

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | |
| 1.   CHRISTOPHER WILLIAM SMITH, a/k/a BRUCE JONSON, CHRIS JOHNSON AND ROBERT JONSON, <br> 2.   ONLINE PAYMENT SOLUTIONS, <br> 3.   XPRESS PHARMACY DIRECT, <br> 4.   ALTON SCOTT POE, a/k/a SCOTT POE, <br> 5.   ADVANCED FINANCIAL SVCS INC., <br> 6.   ANITA SMITH, <br> 7.   ULTIMATE LIMOUSINE <br> 8.   SAME DAY PAY DAY, <br> 9.   RIZLER, <br> 10.  RIZLERNET, <br> 11.  ADVISTECH S.A., <br> 12.  XPRESS-RX.COM, <br> 13.  DISCOUNT PHARMACY, <br> 14.  GLOBAL PAY WORLDWIDE, <br> 15.  VIGREX DS LLC, <br> 16.  SCOTT SMITH, and <br> 17.  DIAPER DECK & COMPANY, INC. | **ORDER FOR AUTHORIZATION** <br> **TO MAKE PAYMENTS** |

1

This matter is before the Court pursuant to the request of the Court-Appointed Receiver for the Court to authorize the Receiver to make payment to FedEx in the amount of $23,000 as full and final settlement of its claim.

Based on the submission by the Receiver establishing the reasonableness of this payment and upon a review of the file, records and proceedings herein,

IT IS HEREBY ORDERED THAT the Court-Appointed Receiver is authorized to make payment to FedEx in the amount of $23,000.

Dated:  April 12, 2006

                                         s / Michael J. Davis
                                         The Honorable Michael J. Davis
                                         United States District Court