**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
Civil No. 05-895 (MJD/SRN)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| and | ) |
| AMERICA ONLINE, INC. | ) |
| Plaintiff / Intervenor, | ) |
| v. | ) |
| CHRISTOPHER SMITH, ET. AL. | ) |
| Defendants. | ) |

## ORDER

This matter having come before the Court on Plaintiff-Intervenor America Online Inc.'s Motion to Intervene [Docket #82], it is this 15th day of June, 2006

ORDERED, that America Online Inc.'s Motion to Intervene is hereby GRANTED.

SO ORDERED.

S / Michael J. Davis
The Honorable Michael J. Davis
United States District Judge
