IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
Civil No. 05-895 (MJD/SRN)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                            Plaintiff,<br><br>v.<br><br>1.  CHRISTOPHER WILLIAM SMITH, a/k/a BRUCE JONSON, CHRIS JOHNSON AND ROBERT JONSON,<br>2.  ONLINE PAYMENT SOLUTIONS,<br>3.  XPRESS PHARMACY DIRECT,<br>4.  ALTON SCOTT POE, a/k/a SCOTT POE,<br>5.  ADVANCED FINANCIAL SVCS INC.,<br>6.  ANITA SMITH,<br>7.  ULTIMATE LIMOUSINE<br>8.  SAME DAY PAY DAY,<br>9.  RIZLER,<br>10. RIZLERNET,<br>11. ADVISTECH S.A.,<br>12. XPRESS-RX.COM,<br>13. DISCOUNT PHARMACY,<br>14. GLOBAL PAY WORLDWIDE,<br>15. VIGREX DS LLC,<br>16. SCOTT SMITH, and<br>17. DIAPER DECK & COMPANY, INC.<br><br>                           Defendants. | **ORDER FOR AUTHORIZATION TO MAKE PAYMENTS** |

This matter is before the Court pursuant to the request of the Court-Appointed Receiver for the Court to authorize the Receiver to make the following payments to creditors:

2

|    | Payee                | Amount     |
|----|----------------------|------------|
| 1. | Greene Espel, P.L.L.P. | $3,069.34 |
| 2. | Bassford Remele      | $1,080.00  |

Based on the submission by the Receiver establishing the reasonableness of these payments and the verification of the work performed and upon a review of the file, records and proceedings herein,

IT IS HEREBY ORDERED THAT

1. The Court-Appointed Receiver is authorized to make payment to Greene Espel, P.L.L.P. in the amount of $3,069.34; and

2. The Court-Appointed Receiver is authorized to make payment to Bassford Remele in the amount of $1,080.00.

Dated: June 21, 2006

s / Michael J. Davis  
The Honorable Michael J. Davis  
United States District Court