**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**
**Civil No. 05-895 (MJD/SRN)**

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                              )<br>                     Plaintiff,             )<br>and                                                       )<br>                                                              )<br>AMERICA ONLINE, INC.,              )<br>                                                              )<br>                     Plaintiffs/Intervenors,  )<br>     vs.                                                 )<br>                                                              )<br>CHRISTOPHER SMITH, et al.,     )<br>                                                              )<br>                     Defendants.         )<br>                                                              ) | **ORDER** |

      The motion of Paul F. Gonyea, LLC to intervene aligned with plaintiff [Docket No. 101] is GRANTED.

Dated: October 13, 2006                BY THE COURT

                                                   s / Michael J. Davis
                                                   U.S. District Court Judge