IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
Civil No.  05-895 (MJD/SRN)

| | |
|---|---|
| UNITED STATES OF AMERICA,               ) | |
| ) | |
| Plaintiff,          ) | **ORDER DISSOLVING** |
| AOL LLC, and                            ) | **PRELIMINARY INJUNCTION** |
| PAUL GONYEA,                            ) | **AND DISMISSING CASE** |
| ) | **WITHOUT PREJUDICE** |
| Plaintiffs/Intervenors,     ) | |
| ) | |
| v.                                      ) | |
| ) | |
| 1.   CHRISTOPHER WILLIAM SMITH,         ) | |
| a/k/a BRUCE JONSON, CHRIS          ) | |
| JOHNSON AND ROBERT JONSON,          ) | |
| 2.   ONLINE PAYMENT SOLUTIONS,          ) | |
| 3.   XPRESS PHARMACY DIRECT,            ) | |
| 4.   ALTON SCOTT POE,                   ) | |
| a/k/a SCOTT POE,                   ) | |
| 5.   ADVANCED FINANCIAL SVCS            ) | |
| INC.,                              ) | |
| 6.   ANITA SMITH,                       ) | |
| 7.   ULTIMATE LIMOUSINE,                ) | |
| 8.   SAME DAY PAY DAY,                  ) | |
| 9.   RIZLER,                            ) | |
| 10.  RIZLERNET,                         ) | |
| 11.  ADVISTECH S.A.,                    ) | |
| 12.  XPRESS-RX.COM,                     ) | |
| 13.  DISCOUNT PHARMACY,                 ) | |
| 14.  GLOBAL PAY WORLDWIDE,              ) | |
| 15.  VIGREX DS LLC,                     ) | |
| 16.  SCOTT SMITH, and                   ) | |
| 17.  DIAPER DECK & COMPANY,INC.         ) | |
| 18.  RXORDERFILL.COM.INC.,              ) | |
| ) | |
| Defendants.          ) | |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff

United States of America ("United States") moved the Court for

1

an Order dissolving the preliminary injunction and for an Order dismissing this case without prejudice.

The procedural posture of the case is as follows. On May 9, 2005, the United States filed a complaint for injunctive and other equitable relief and moved for a *ex parte* temporary restraining order ("TRO"). On May 9, 2005, this Court issued a TRO against Defendants. On May 13, 2005, the United States moved for a preliminary injunction and for the appointment of a receiver. Following a hearing on the United States' motion on May 20, 2005, this Court converted the TRO to a preliminary injunction and appointed a receiver. The Court's order froze the assets of the Defendants and authorized the receiver to wind up the businesses of Defendant Christopher Smith ("Defendant Smith").

The receiver has completed his tasks, and the funds frozen by the preliminary injunction have been distributed pursuant to a final order of forfeiture in the related criminal case.

On September 30, 2009, the United States moved this Court for an Order dissolving this Court's preliminary injunction and dismissing the case without prejudice. The receiver does not oppose this motion.

Based upon all the files and proceedings herein, it is hereby ORDERED that

(1) The Court's Preliminary Injunction issued on May 20, 2005 is dissolved; and

(2) This case is dismissed without prejudice.

IT IS SO ORDERED.

Dated: September 30, 2009

s/Michael J. Davis<br>
Michael J. Davis<br>
UNITED STATES DISTRICT COURT JUDGE<br>
DISTRICT OF MINNESOTA